O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION L. SANCHEZ, | ) CV 07-05151-SGL (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| T. FELKER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: October 22, 2008

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

1